United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Steven Lamont Markos, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 19-22284-Civ-Scola |
| Yacht Charters of Miami.com, LLC, | ) |
| Defendant. | ) |

### Order Adopting Report and Recommendations and Granting Default Judgment

The Court referred Plaintiff Steven Lamont Markos motion for the entry of a default judgment to United States Magistrate Judge Edwin G. Torres for a report and recommendation. On October 2, 2019, Judge Torres issued a report and recommendation, recommending that the Court grant Markos's motion in part and deny it in part. (Rep. & Rec., ECF No. 12.) No objections to the report and recommendation have been filed by either party and the time to do so has passed.

Nonetheless, the Court has considered—de novo—Judge Torres's report, the record, and the relevant legal authorities. The Court finds Judge Torres's report and recommendation cogent and compelling. The Court thus **adopts** the recommendation in full (**ECF No. 14**) and **grants in part and denies in part** Markos's motion (**ECF No. 12**) as follows.

The Court **enters judgment** in favor of Plaintiff Steven Lamont Markos and against Defendant **Yacht Charters of Miami.com, LLC**, in the total amount of **$4,868.70** ($2,250.00 in statutory damages; $2,165.00 in attorneys' fees; and $453.70 in costs), for which sum let execution issue. Further, Yacht Charters of Miami.com, LLC is **enjoined** from continuing to infringe on Markos's rights through the unlicensed use of the copyrighted photograph at issue in this case.

The Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered** at Miami, Florida, on October 21, 2019.

_____
Robert N. Scola, Jr.
United States District Judge